```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
                                               :
UNITED STATES OF AMERICA                       :
                                               :    INDICTMENT
        - v. -                                 :
                                               :    08 Cr.
ABEDNEGO GONZALEZ,                             :
    a/k/a "Junior,"                            :
                                               :
        Defendant.                             :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - x
```

**08CRIM 270**

JUDGE KAPLAN

COUNT ONE

The Grand Jury charges:

1. On or about November 28, 2007, in the Southern District of New York, ABEDNEGO GONZALEZ, a/k/a "Junior," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of a mixture and substance containing a detectable amount of cocaine.

   (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ MAR 26 2008
DATE FILED: _____

COUNT TWO

The Grand Jury further charges:

2. On or about November 28, 2007, in the Southern District of New York, ABEDNEGO GONZALEZ, a/k/a "Junior," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of a mixture and substance containing a detectable amount of 3,4-methylenedioxyamphetamine, commonly referred to as MDA.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

FORFEITURE ALLEGATION

3. As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, ABEDNEGO GONZALEZ, a/k/a "Junior," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due

diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

 (Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

ABEDNEGO GONZALEZ,
a/k/a "Junior,"

Defendant.

**INDICTMENT**

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(B),
& 841(b)(1)(C); 18 U.S.C. § 2)

                                    MICHAEL J. GARCIA
                                   United States Attorney.

**A TRUE BILL**

_____
                                        Foreperson.