# PAGÁN & PAGÁN

*Attorneys At Law*
*2116 Williamsbridge Road*
*Bronx, New York 10461*
*(718) 993 1598*
*Fax: (718) 792-7645*
*www.ramonpaganlaw.com*
*rpaganlaw@gmail.com*

Ramón W. Pagán, Esq.
Ramón A. Pagán, Esq.

Via Federal Express

April 30, 2008

Honorable Judge Lewis A Kaplan
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:  **USA v. Gonzalez, Abednego**
     **08 cr 00270 (LAK)**

Judge Kaplan:

On behalf of Mr. Gonzalez we are requesting that the court grant us an extension of time to file motions .
Our schedules and a private family matter has delayed our ability to drafts Mr. Gonzalez's motions

After consulting with the government, and with their consent, we are requesting a month to file motions and allow the government appropriate time to respond.

Further we are exploring a disposition on behalf of Mr. Gonzalez.

Respectfully submitted,

Ramón W. Pagán
Counsel for Defendant

cc: B. Wible, AUSA

*[Handwritten notes by Judge: Time extended to 5/30/08. Gov't response due 6/10/08. Argument 6/12/08 at 9:45 am. Time excluded through 6/12/08 in interests of justice outweigh interest in speedy trial. LEWIS A. KAPLAN, USDJ 5/1/08]*