UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X          NOTICE OF
   UNITED STATES OF AMERICA                                        APPEARANCE

         - AGAINST -                                                    1:08-cr-00270-LAK


   Abednego Gonzalez                    Defendant,
-------------------------------------------------------------------X


    PATRICK J. BRACKLEY, being an attorney licensed to practice law in the State of New York, does hereby affirm to be true under penalties of law that:

    I have been retained to represent the above captioned individual. I will be present to appear when the case is court ready.


DATED: NEW YORK, NEW YORK                          Respectfully Submitted,
      May 30, 2008

                                                                                             _____
                                                                          PATRICK J. BRACKLEY, ESQ.
                                                                           233 Broadway,  Suite: 801
                                                                           New York, New York 10279
                                                                           212-334-3736
                                                                           M.B.


**BAD DATES:**